BRETT B. CURLEE (SBN 151058)
LAW OFFICES OF BRETT CURLEE
11355 West Olympic Boulevard, Suite 100
Los Angeles, CA 90064
Tele: (310)203-3084/Fax: (310) 203-3071

Attorneys for Judgment Creditor, KYLE B. ROWE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KYLE B. ROWE,<br><br>    Judgment Creditor,<br><br>V.<br><br>GARY REEVES, VICTOR NOVAL, JOSEPH MEDAWAR, STARBRAND HOLDINGS CORP. a/k/a STARBRAND HOLDINGS, L.L.C., CALLEO GOURMET COFFEES, INC., KEN JOHNSON, KEN JOHNSON AND/OR CALLEO GOURMET COFFEES, INC. d/b/a KICKS COFFEE CAFÉ, and SWEET LORRAINE PRODUCTIONS, INC..<br><br>    Judgment Debtors. | CASE NO. CV 05 80280-JSW (EDL)<br><br>**ORDER SETTING CONTINUED:**<br><br>1.) **JUDGMENT DEBTOR EXAMINATION OF GARY REEVES; and,**<br><br>2.) **HEARING ON APPLICATION FOR ORDER TO SHOW CAUSE RE: ORDER FOR SALE OF REAL PROPERTY INTEREST OWNED BY GARY REEVES**<br><br>**Continued Date:**<br>Date:  December 11, 2007<br>Time: 10:30 a.m.<br>Place: Courtroom "E", 15th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 |

TO ALL PARTIES AND COUNSEL OF RECORD:

    The judgment debtor examination of Gary Reeves and the hearing on the "Application For Order To Show Cause Re: Order For Sale Of Real Property Interest Owned By Gary Reeves" ("Application"), scheduled before Magistrate Judge, Elizabeth D. LaPorte, in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA on August 21, 2007 at 10:30 a.m., is hereby continued.

IT IS HEREBY ORDERED THAT:

    1.    The hearing on the Application is continued to December 11, 2007, at 10:30 a.m.

before the above-referenced court;

2. The judgment debtor examination of Gary Reeves is continued to December 11, 2007, at 10:30 a.m. before the above-referenced court;

3. The Judgment Debtor, Gary Reeves, is ordered to appear at the continued judgment debtor examination on December 11, 2007, at 10:30 a.m.;

4. At the continued judgment debtor examination, Gary Reeves is ordered to produce the following documents and things:

   a. All known addresses and telephone numbers for KEN JOHNSON AND/OR CALLEO GOURMET COFFEES, INC. d/b/a KICKS COFFEE CAFÉ;

   b. All documents pertaining to any refinancing during 2006 of the single family residence located at 1529 Parker Street, in Berkley, California;

   c. The certificate of title and registration for the Mercedes 350 SL Automobile driven by the Judgment Debtor, Gary Reeves and his spouse, Hedy Piper Reeves;

   d. Gary Reeves personal income tax returns for 2004, 2005, and 2006;

   e. All Bank Statements for Bank Accounts, no. 01347-07619, 00399-02975, and any other bank account in the name of, or in which Gary Reeves held any interest for the period January 1, 2004 to the present;

   f. Any documentation pertaining to any loans made by Impact Capital to Healthy Dairy, NXT, or Gary Reeves;

   g. The full names, addresses, and telephone numbers of the President and Chief executive Officers of Healthy Dairy;

  h. The names, addresses, and telephone numbers of any individuals who received money from any loan(s) made by Impact Capital to Healthy Dairy, NXT, or Gary Reeves;

  i. The address and telephone number for Peter Sahagen;

  j. The address and telephone number for Polis Mortgage;

  k. The name, address, and telephone number of each person who allegedly gave Gary Reeves all or any part of funds totaling $41,138.61 which Gary Reeves deposited in to his bank checking account at Bank of America, account no. 01347-07610, as shown on his Bank Statement for that account for Statement Date May 13, 2005.

Dated: August 21, 2007

_____
MAGISTRATE JUDGE ELIZABETH D. LAPORTE

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Elizabeth D. Laporte / Judge Elizabeth D. Laporte]*

Submitted By
THE LAW OFFICES OF BRETT CURLEE
BRETT CURLEE


By: /s/ Brett B. Curlee
  BRETT B. CURLEE
For THE LAW OFFICES OF BRETT CURLEE, Attorneys for Judgment Creditor, KYLE B. ROWE

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 11355 West Olympic Boulevard, Suite 100, Los Angeles, CA 90064. On August 20, 2007, I served the foregoing document described as the **ORDER SETTING CONTINUED: 1.) JUDGMENT DEBTOR EXAMINATION OF GARY REEVES; and, 2.) HEARING ON APPLICATION FOR ORDER TO SHOW CAUSE RE: ORDER FOR SALE OF REAL PROPERTY INTEREST OWNED BY GARY REEVES.** That document was served on parties herein by placing true copies of the foregoing document in enclosed, sealed envelope addressed and then mailing the envelopes to the following parties:

Mr. Gary Reeves
1529 Parker Street
Berkley, CA 94703-1822

Mr. Gary Reeves
1205 Parker Street
Berkley, CA 94702

     I am "readily familiar" with the practices of the Law Offices Of Brett Curlee in collecting and processing correspondence and documents for mailing. Under that practice, documents for mailing would be deposited with the U.S. Postal Service on that same day this affidavit is signed with postage fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date is more than 1 day after the day of deposit for mailing in the affidavit.

     I declare under penalty or perjury of the laws of the United States of America that the foregoing is true and correct and, that I am employed in the office of a member of the bar of this court at whose direction the service was made.

     Executed on August 20, 2007, at Los Angeles, California.

*/s/ Brett B. Curlee*
BRETT B. CURLEE

4