IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE B. ROWE,<br><br>    Judgment Creditor,<br><br>v.<br><br>GARY REEVES, et al.,<br><br>    Judgment Debtors.<br>_____/ | No. C 05-80280 JSW<br><br><br><br>**ORDER TO SHOW CAUSE** |

On March 13, 2015, Judgment Creditor Kyle B. Rowe's attorney filed a motion to withdraw as attorney of record. Any opposition to this motion was due by March 27, 2015. No opposition was filed. Accordingly, any party wishing to be heard on this matter is HEREBY ORDERED TO SHOW CAUSE why this motion should not be granted as unopposed. Any response to this Order to Show Cause shall be due no later than April 6, 2015. If no response is received by that date the Court shall grant this motion as unopposed.

**IT IS SO ORDERED.**

Dated: March 30, 2015

                                                      JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE